FILED: January 27, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4543
(1:21-cr-00458-JKB-1)

_____

UNITED STATES OF AMERICA

         Plaintiff - Appellee

v.

ELIAS NICK COSTIANES, JR.

         Defendant - Appellant

_____

O R D E R

_____

The court extends the briefing schedule as set forth below, but counsel is advised that no further extensions will be granted for filing the opening brief and joint appendix absent a showing of extraordinary circumstances.

         Joint appendix due: 03/27/2025

         Opening brief due: 03/27/2025

         Response brief due: 04/17/2025

         Any reply brief: 10 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk