UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4543
(1:21-cr-00458-JKB-1)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

ELIAS NICK COSTIANES, JR.

  Defendant - Appellant

_____

O R D E R
_____

For reasons appearing to the court, the parties are directed to file supplemental responses addressing the following issues:

1. Separate and apart from the issue of mootness, whether this Court has jurisdiction to consider, and whether it is prudent for this Court to consider, Costianes' motion in the absence of any ruling by the district court on the January 20, 2025 Executive Order (the "Pardon") and in absence of a motion to vacate Costianes' sentence.

2. Whether this Court has authority to review and interpret the Pardon.

3. Whether the Pardon applies in this case as a conviction "related to events that occurred at or near the United States Capitol on January 6, 2021."

The supplemental responses are to be filed simultaneously by March 6, 2025.

> For the Court
>
> /s/ Nwamaka Anowi, Clerk