**THIS CASE HAS NOT BEEN SET FOR ORAL ARGUMENT**

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

_____

**No. 24-4543**
1:21-cr-00458-JKB-1

_____

**UNITED STATES OF AMERICA,**                          **Appellee,**

    **v.**

**ELIAS COSTIANES, JR.,**                          **Appellant**.


**APPELLANT'S RESPONSE TO THE GOVERNMENT'S MOTION AT ECF**
**NO. 24 TO EXTEND TIME**

MARCUSBONSIB, LLC
/s/ Megan E. Coleman
Megan E. Coleman
Bar # 17552
6411 Ivy Lane, Suite 116
Greenbelt, Maryland 20770
(301) 441-3000
megancoleman@marcusbonsib.com

/s/ Carolyn Stewart
Carolyn Stewart
FL Bar 1025715
Stewart Country Law PA
1204 Swilley Rd.
Plant City, FL 33567
(813) 659-5178
Carolstewart_esq@protonmail.com

Appellant, ELIAS COSTIANES, JR., respectfully submits this Response in support of the Government's Motion at ECF NO. 24 to extend time for the replies by the Appellant and Appellee to the Court's February 27, 2025, Order until March 13, 2025. Given the ongoing discussions of the Government's intended filings where it already agreed that Mr. Costianes' case falls under the Presidential Pardon, and that he should immediately be released from incarceration, we require the additional time.

March 6, 2025                Respectfully Submitted,

MARCUSBONSIB, LLC
/s/ Megan E. Coleman
Megan E. Coleman
Bar # 17552
6411 Ivy Lane, Suite 116
Greenbelt, Maryland 20770
(301) 441-3000
megancoleman@marcusbonsib.com

/s/ Carolyn Stewart
Carolyn Stewart
Appellant's Pro Bono Counsel
FL Bar 1025715
Stewart Country Law PA
1204 Swilley Rd.
Plant City, FL 33567
(813) 659-5178
Carolstewart_esq@protonmail.com

## CERTIFICATE OF COMPLIANCE

1. I hereby certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) of the Federal Rules of Appellate Procedure. As measured by the undersigned's word-processing system used to prepare this motion, the Response contains 94 words.

2. This document complies with the type style requirements of Fed. R. App. P. 32(a)(6), because it has been prepared in a 14 point proportionally spaced roman-style typeface (Times New Roman).

March 6, 2025

/s/ *Carolyn Stewart*
Carolyn Stewart
Appellant's Counsel


## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March 2025, I caused the foregoing Appellant's' Response to be served on Appellee by the Court's electronic filing system where the Appellee is registered.

March 6, 2025

/s/ *Carolyn Stewart*
Carolyn Stewart
Appellant's Counsel