IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,
        Plaintiff - Appellee,

v.

ELIAS NICK COSTIANES, JR.,
        Defendant - Appellant.

No. 24-4543

**JOINT MOTION TO VACATE CONVICTION
AND REMAND FOR DISMISSAL**

    The United States of America and defendant-appellant Elias Nick Costianes, Jr., hereby jointly move to vacate the defendant's conviction and remand this case to the district court to dismiss the indictment with prejudice pursuant to Federal Rule of Criminal Procedure 48(a). *See* 28 U.S.C. § 2106.

    On January 20, 2025, President Donald J. Trump issued an Executive Order in which he granted a full and unconditional pardon to all "individuals convicted of offenses related to events that occurred at or near the United States Capitol on January 6, 2021." Proclamation No. 10887, 90 Fed. Reg. 8331 (Jan. 20, 2025). The President also directed the Attorney General "to pursue dismissal with prejudice to the government of all pending indictments against individuals" for such conduct. *Id.* On February 12, 2025, Mr. Costianes filed an emergency motion for a stay of his

1

sentence and injunctive relief in which he argued that his offenses were covered by the scope of the pardon. *See* Dkt. No. 19 (as amended). On February 19, 2025, the government informed this Court that it agreed with Mr. Costianes that he had been pardoned. *See* Dkt. No. 20. On February 27, 2025, the Court directed the parties to file supplemental responses to three questions related to the Court's jurisdiction and authority to review the pardon's scope, as well as its meaning. *See* Dkt. No. 23.

After further considering this case in light of the Court's questions, the government has determined that the more efficient and prudent course—and the one most consistent with President Trump's instructions—is to move to vacate Mr. Costianes's conviction and dismiss the indictment under Rule 48(a). *See Rinaldi v. United States*, 434 U.S. 22, 25 n.8 (1977) (per curiam). The government has determined that, as a matter of prosecutorial discretion, it is appropriate to forgo further proceedings on Mr. Costianes's non-final conviction and instead agree to dismissal with prejudice under Rule 48.

The parties agree that the government's exercise of its discretion to dismiss this prosecution, and the corresponding vacatur of Mr. Costianes's conviction, moots his pending emergency motion for a stay and injunctive relief and obviates the need for this Court to address the supplemental questions it has raised in response to that motion. The parties would, of course, respond to the Court's questions if the Court were to so direct after reviewing this joint motion. But in light of the government's

2

decision to move to dismiss, the case can now be resolved on more straightforward grounds, rendering consideration of those issues unnecessary.

**WHEREFORE,** the parties respectfully request that the Court grant this joint motion and remand the case to the district court.

Respectfully submitted,

| | |
|---|---|
| /s/ Megan E. Coleman | KELLY O. HAYES |
| MARCUSBONSIB, LLC | Interim United States Attorney |
| 6411 Ivy Lane, Suite 116 | |
| Greenbelt, Maryland 20770 | /s/ David C. Bornstein |
| (301) 441-3000 | Assistant United States Attorney |
| | Chief, Appellate Division |
| /s/ Carolyn Stewart | United States Attorney's Office |
| Stewart Country Law PA | 36 South Charles Street, 4th Floor |
| 1204 Swilley Road | Baltimore, Maryland 21201 |
| Plant City, Florida 33567 | (410) 209-4800 |
| (813) 659-5178 | |

3

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION AND TYPEFACE AND TYPE-STYLE REQUIREMENTS**

This joint motion complies with the type-volume limitation set forth in Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), it contains <u>450</u> words.

This motion also complies with the typeface and type-style requirements in Fed. R. App. P. 32(a)(5) and (a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

Dated:  March 12, 2025.                    <u>/s/ David C. Bornstein</u>
                                            Assistant United States Attorney