IN THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| V. | * | No. 24-4543 |
| ELIAS NICK COSTIANES, JR. | * | (1:21-CR-00458-JKB-1) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT MOTION TO SUSPEND THE BRIEFING SCHEDULE FOR THE DIRECT APPEAL PENDING RULING ON THE JOINT MOTION TO VACATE CONVICTION AND REMAND FOR DISMISSAL**

Appellant, Elias Nick Costianes, Jr., by and through CJA counsel, Megan E. Coleman, Esq. of the law office of MarcusBonsib, LLC, hereby files this Consent Motion to Suspend the Briefing Schedule for the Direct Appeal Pending Ruling on the Joint Motion to Vacate Conviction and Remand for Dismissal, and as reasons in furtherance thereof states as follows:

1. Appellant's Opening Brief and Joint Appendix in his direct appeal are due to be filed on March 27, 2025.

2. Extraordinary circumstances have arisen since the appeal was noted in this case.

3. On February 12, 2025, Appellant filed Appellant's Emergency Motion for Injunction to the U.S. Marshals to Release Appellant, Stay the Sentence, and Expedite this Motion Pending Appeal, (Doc-17), and an Amended Motion, (Doc-19).

4. On February 19, 2025, the Government filed United States of America's Response to Appellant's Emergency Motion for Relief, (Doc-20-1). The Government consented to the relief sought by Mr. Costianes and agreed that "he should be immediately released from custody in connection with this case, his sentence should be stayed, and this Court should resolve his motion on an expedited basis." (Doc-20-1 at 1). The Government's position is that President Donald J. Trump's Executive Order issued on January 20,

2025 granted a full and unconditional pardon that "has mooted Mr. Costianes's appeal" and therefore, Mr. Costianes's "judgment of conviction should be vacated and the case dismissed." (Doc-20-1 at 1, 4).

5. On February 27, 2025, the Clerk of the Court issued an Order directing the parties to file supplemental responses to address, *inter alia*, whether the Fourth Circuit has jurisdiction to consider the President's January 20, 2025 Executive Order in the absence of a motion to vacate the Defendant's sentence filed in the District Court. (Doc-23).

6. On March 12, 2025, the parties filed a <u>Joint Motion to Vacate Conviction and Remand for Dismissal</u>. (Doc-27). After further consideration of the case in light of the Court's questions, the Government determined that the more efficient and prudent course, and the course most consistent with President Trump's instructions, was to move to vacate the conviction and dismiss the indictment under Federal Rule of Criminal Procedure 48(a). (Doc-27 at 2). The parties informed that they would answer the Court's questions if directed after the Court's review of the joint motion to vacate and remand for dismissal.

7. The Court has not ruled on the parties' joint motion. (Doc-27).

8. The parties now move to suspend the briefing schedule of the direct appeal pending ruling on the parties' joint motion to vacate and remand for dismissal.

9. Assistant United States Attorney David Bornstein authorized undersigned counsel to represent that the Government consents to this motion.

10. WHEREFORE, Appellant respectfully requests that this Honorable Court grant the relief prayed.

Respectfully submitted,

*Megan E. Coleman*

Megan E. Coleman

MarcusBonsib, LLC
6411 Ivy Lane, Suite 116
Greenbelt, Maryland 20770
(301) 441-3000
megancoleman@marcusbonsib.com

*CJA Counsel for Appellant*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served this 21st day of March, 2025, *via* CM/ECF, upon Assistant United States Attorney David Bornstein.

<u>*Megan E. Coleman*</u>
Megan E. Coleman

IN THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| V. | * | No. 24-4543 |
| ELIAS NICK COSTIANES, JR. | * | (1:21-CR-00458-JKB-1) |

**ORDER**

Upon consideration of Appellant's <u>Consent Motion to Suspend the Briefing Schedule for the Direct Appeal Pending Ruling on the Joint Motion to Vacate Conviction and Remand for Dismissal</u>, it is this _____ day of _____; 2025, hereby ORDERED that the motion is GRANTED;

IT IS FURTHER ORDERED THAT the briefing schedule for the direct appeal is hereby suspended until further notice.

 

_____
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT