UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4543
(1:21-cr-00458-JKB-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

ELIAS NICK COSTIANES, JR.

       Defendant - Appellant

_____

O R D E R

_____

The court grants the motion to suspend briefing pending resolution of the

motion to vacate and remand.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk