FILED: March 25, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4543
(1:21-cr-00458-JKB-1)
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

ELIAS NICK COSTIANES, JR.

Defendant - Appellant

_____

O R D E R
_____

The court has received the parties' joint motion to vacate and to remand to the

district court to dismiss the indictment under Federal Rule of Criminal Procedure

48(a). In order to consider the relief sought in this latest motion and in the prior

emergency motion, which remains outstanding, the court orders the parties to

provide the supplemental responses as requested in the court's order of February 27,

2025, no later than 5:00 P.M. on March 31, 2025.

For the Court

/s/ Nwamaka Anowi, Clerk