FILED: March 27, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4543
(1:21-cr-00458-JKB-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

ELIAS NICK COSTIANES, JR.

      Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the United States of America's unopposed motion to extend time to respond to court order, the court denies the motion.

For the Court

/s/ Nwamaka Anowi, Clerk