FILED: April 2, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4543
(1:21-cr-00458-JKB-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

ELIAS NICK COSTIANES, JR.

    Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the motion to exceed the length limitations for appellant's response, the court grants leave to file a response not in excess of 10,470 words.

For the Court

/s/ Nwamaka Anowi, Clerk