IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff - Appellee,<br><br>v.<br><br>ELIAS NICK COSTIANES, JR.,<br>   Defendant - Appellant. | No. 24-4543 |

## **NOTICE UNDER FEDERAL RULE OF APPELLATE PROCEDURE 12.1**

After this Court ordered a limited remand, the United States moved the district court—with the defendant's consent—to dismiss the indictment under Federal Rule of Criminal Procedure 48(a). *See* ECF Nos. 169 (remand order), 170 (consent Rule 48(a) motion).[1] Yesterday, the court stated that the United States's motion "raises a substantial issue." ECF No. 171 at 6. The court did not resolve the motion, however, because it held that the motion "does not fall within the scope of the remand" this Court ordered. ECF No. 171 at 4–5. It, therefore, lacked "authority" to decide the motion. ECF No. 171 at 4. At the same time, the court recognized that if its "authority on remand" encompassed the motion, it could "consider" it, especially since the case "is on direct appeal." ECF No. 171 at 4, 6; *see also Rice v. Rivera*, 617 F.3d 802, 811

---

[1] Citations of "ECF No." refer to an electronic case filing in the docket for the proceedings below, *United States v. Costianes*, No. 1:21-cr-00458-JKB (D. Md. filed Nov. 19, 2021).

1

(4th Cir. 2010) (per curiam) ("[A] district court's jurisdiction over a post-conviction Rule 48 motion is provided by [18 U.S.C.] § 3231.").

Because the district court has stated that the United States's Rule 48(a) motion "raises a substantial issue," ECF No. 171 at 6, we hereby notify the Clerk of Court of that indicative ruling pursuant to Federal Rule of Appellate Procedure 12.1(a).

          Respectfully submitted,

          KELLY O. HAYES
          United States Attorney

          /s/ David C. Bornstein
          Assistant United States Attorney
          Chief, Appellate Division
          United States Attorney's Office
          36 South Charles Street, 4th Floor
          Baltimore, Maryland 21201
          (410) 209-4800