FILED: April 24, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-4543
(1:21-cr-00458-JKB-1)

UNITED STATES OF AMERICA

        Plaintiff – Appellee,

v.

ELIAS NICK COSTIANES, JR.,

        Defendant – Appellant.

O R D E R

Before us is the United States of America's motion asking this court to expand the scope of the April 4, 2025, remand order. United States's Consent Motion to Expand Remand Order at 1, *United States v. Costianes*, No. 24-4543 (4th Cir. Apr. 20, 2025), Dckt. No. 39.

Previously, we remanded two motions to the district court—an emergency motion seeking injunctive relief[1] and a joint motion to vacate Costianes' conviction and remand for dismissal.[2] Order at 3, *United States v. Costianes*, No 24-4543 (4th Cir. Apr. 4, 2025), Dckt. No. 37. We remanded for the limited purpose of allowing the district court to "consider[] the pending motions, and any other related motions the parties wish to make concerning the impact of the pardon on Costianes' conviction." *Id*. And we retained jurisdiction of the pending appeal. *Id*.

Shortly after remanding, the United States filed a new motion in district court to dismiss the indictment postconviction pursuant to Federal Rule of Criminal Procedure 48(a). ECF 170, p. 1. The district court understood the scope of its remand not to include the newly filed motion—acknowledging that the standalone Rule 48 motion could have the effect of eliminating the threshold vacatur question in the parties' joint motion to vacate and remand for dismissal. *United States v. Costianes*, 2025 WL 1080556, at *2 (D. Md. Apr. 10, 2025). In essence, the district court understood its obligation was to determine whether or not the pardon applies to Costianes' conviction. *Id*. But, on the Government's request, the district court provided an indicative ruling under Federal Rule of Criminal

---

[1] Appellant's Emergency Motion for Injunction to the U.S. Marshals to Release Appellant, Stay the Sentence, and Expedite this Motion Pending Appeal at 1, *United States v. Costianes*, No. 24-4543 (4th Cir. Feb. 12, 2025), Dckt. No. 19.

[2] Joint Motion to Vacate Conviction and Remand for Dismissal at 1, *United States v. Costianes*, No. 24-4543 (4th Cir. Mar. 12, 2025), Dckt. No. 27.

2

Procedure 37 regarding the Rule 48 motion, indicating that whether the district court could grant a standalone Rule 48 motion in this instance raised a substantial issue. *Id*. at *3–6.

The Government now asks us to expand the scope of our remand to permit the district court to rule on the Rule 48 motion. We grant the Government's motion, but order that the district court determine, as an initial matter, whether or not the pardon applies to Costianes' conviction. This court will retain jurisdiction of the appeal.

Entered at the direction of Judge Quattlebaum with the concurrence of Judge King and Judge Benjamin.

For the Court

/s/ Nwamaka Anowi, Clerk

3