**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 16, 2025

_____

RESPONSE REQUESTED

_____

No. 24-4543,    US v. Elias Costianes, Jr.
               1:21-cr-00458-JKB-1

TO:    United States of America, Elias Nick Costianes

RESPONSE/ANSWER DUE: **June 26, 2025**

Counsel are requested to file a response by the date shown above, addressing their positions regarding further proceedings on appeal in light of the district court's orders dated June 6, 2025, and June 10, 2025.

Anisha Walker, Deputy Clerk
804-916-2704